**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-2384

MICHAEL H. ROBINSON,

             Plaintiff - Appellant,

        v.

IREDELL COUNTY SHERIFF'S DEPARTMENT,

             Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.   Richard L. Voorhees, District Judge.   (5:09-cv-00131-RLV-DCK)

Submitted: March 29, 2012          Decided: April 2, 2012

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam.

Michael H. Robinson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael H. Robinson appeals the district court's order granting the Defendant's motion for summary judgment in his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Robinson v. Iredell County Sheriff's Dep't, No. 5:09-cv-00131-RLV-DCK (W.D.N.C. Nov. 29, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED